```
WILLIAM G. MALCOLM, P.C., #129271
DONALD ROBINSON #123411
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612
Phone (949) 252-9400
Facsimile (949) 252-1032

Attorneys for Appellant,
WASHINGTON MUTUAL BANK, FA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| In re<br><br>GEORGE E. DAWSON and BARBARA J. DAWSON,<br><br>          Debtors.<br>_____<br><br>WASHINGTON MUTUAL BANK fka WASHINGTON MUTUAL BANK, FA, successor by corporate merger to GREAT WESTERN BANK, a Federal Savings Bank,<br><br>          Appellant/<br>          Cross-Appellee<br><br>-vs-<br><br>GEORGE E. DAWSON and BARBARA J. DAWSON,<br><br>          Appellee/<br>          Cross-Appellant.<br>_____ | Case No. 4:06-CV-05403 CW<br>           4:01-CV-02367 CW<br>           4:06-CV-06038 CW<br><br>Bankruptcy Case No. 98-45213 TG<br><br>Adversary Case No.: 98-4796 AT<br><br>**STIPULATION TO DISMISS APPEAL AND CROSS APPEAL; ORDER THEREON** |

Appellant/Cross-Appellee, WASHINGTON MUTUAL BANK fka WASHINGTON MUTUAL BANK, FA, successor by corporate merger to GREAT WESTERN BANK, a Federal Savings Bank, by and through its attorneys of record, MALCOLM CISNEROS, by WILLIAM G. MALCOLM, and Appellee/Cross-Appellant, BARBARA J. DAWSON, successor to GEORGE DAWSON, deceased, by and through her attorney

of record, A. CHARLES DELL'ARIO, a Professional corporation, by A. CHARLES DELL'ARIO, have settled their dispute and agree to dismiss the instant appeal (Case No. CV06-05403 CW) and the related cross-appeals (Case Nos. CV01-02367CW and CV06-06038 CW). The confidential settlement agreement between the parties resolves costs on appeal.

DATED:   January 5, 2007      MALCOLM♦CISNEROS,
                              A Law Corporation


                              /s/ William G. Malcolm

                          By: _____
                              WILLIAM G. MALCOLM
                              Attorney for Appellant/Cross-Appellee
                              WASHINGTON MUTUAL BANK FKA
                              WASHINGTON MUTUAL BANK, F.A.
                              SUCCESSOR TO GREAT WESTERN BANK

DATED: January 7, 2007        LAW OFFICE OF A. CHARLES DELL'ARIO


                              /s/ A. Charles Dell'Ario

                          By :_____
                              A. CHARLES DELL'ARIO
                              Attorneys for Appellee/Cross-Appellant
                              BARBARA J. DAWSON, successor to
                              GEORGE E. DAWSON, deceased


**IT IS SO ORDERED.**

**Dated: 1/8/07**

*[signature: Claudia Wilken]*

_____
**THE HON. CLAUDIA WILKEN**
**United States District Court Judge**

---

STIPULATION FOR DISMISSAL OF APPEAL: ORDER THEREON
~0428799.WPD                              2